■ TERI A. BAKER, Appellant, v JAMES A. BAKER, SR., Respondent. (Appeal No. 1.) [608 NYS2d 129] —Appeal from judgment insofar as it concerns sixth decretal paragraph unanimously dismissed and judgment modified on the law and as modified affirmed with costs to plaintiff and matter remitted to Supreme Court for further proceedings in accordance with same Memorandum as in Baker v Baker (199 AD2d 967 [decided herewith]). (Appeal from Judgment of Supreme Court, Ontario County, Harvey, J.—Equitable Distribution.) Present—Denman, P. J., Callahan, Lawton and Davis, JJ.